791 A.2d 217

ROBERT FRANCIS NICHOLS, PLAINTIFF–RESPONDENT,
v. PATRICIA ANN NICHOLS, DEFENDANT–MOVANT.

January 3, 2002.

## ORDER

Leave to appeal is granted;

ORDERED that the matter is summarily remanded to the Superior Court, Appellate Division, which is directed to schedule and consider movant's motion for leave to appeal on an emergent basis. Jurisdiction is not retained.

791 A.2d 217

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
WILLIAM F. SEVERINO, DEFENDANT–MOVANT.

January 10, 2002.

## ORDER

Leave to appeal is granted;

ORDERED that the matter is summarily remanded to the Superior Court, Law Division, which shall reconsider movant's application in respect of Summons SPV 152443 as a motion to vacate any fines and/or charges resulting from defendant's failure to appear in Elizabeth Municipal Court.